Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MARINO MARIN,

       Plaintiff,

versus

LANE BERRY & CO. INTERNATIONAL, LLC,
and FREDRICK C. LANE,

       Defendants.

-------------------------------------------------------------x

No. 07 Civ. 10377 (RWS)

STIPULATION OF DISMISSAL

WE STIPULATE that this action is dismissed with prejudice and without costs.

Dated: New York, NY
July 31, 2008

_____
Jonathan S. Sack
SACK & SACK
Attorneys for Plaintiff
110 East 59th Street, 19th floor
New York, NY 10022
(212) 702-9000

NYC 309273.1

                                                                                                     */s/ Ira G. Greenberg*

Ira G. Greenberg  
EDWARDS ANGELL PALMER & DODGE LLP  
Attorneys for Defendants  
750 Lexington Avenue, 8th floor  
New York, NY 10022  
(212) 308-4411

NYC 309273.1