Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MARINO MARIN,

       Plaintiff,

   versus

LANE BERRY & CO. INTERNATIONAL, LLC,
and FREDRICK C. LANE,

       Defendants.

-----------------------------------------------------------x

No. 07 Civ. 10377 (RWS)

STIPULATION OF DISMISSAL

    WE STIPULATE that this action is dismissed with prejudice and without costs.

Dated: New York, NY
       July 31, 2008

*So ordered*
*/s/ TVSO*
*8.20.08*

_____
Jonathan S. Sack
SACK & SACK
Attorneys for Plaintiff
110 East 59th Street, 19th floor
New York, NY 10022
(212) 702-9000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

NYC 309273.1

_____
Ira G. Greenberg
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Defendants
750 Lexington Avenue, 8th floor
New York, NY 10022
(212) 308-4411

NYC 309273.1